FROM: Geoff Trapp
2551 East Avenue S
Suite G-166
Palmdale CA 93550

TO: Clerk/Intake
U.S. Bankruptcy Court for Central
District of California
411 W Fourth St.
Santa Ana, CA 92701

U.S. POSTAGE PAID
PM
TARZANA, CA 91356
AUG 09, 2024
$14.70