

Geoff Trapp
2551 East Avenue S, Suite G-166
Palmdale, CA 93550
(661) 214-4412
GrandmaHasAlzheimers@protonmail.com
*Not in his personal capacity, but solely in his official capacity as Temporary Conservator of the Estate for Litigation Affairs of Clotee Downing*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

Case No.: 8:22-bk-12142-SC

...TMENT GROUP,

Chapter 11 Case

Adv. Case No.: 8:23-ap-_____-SC

COMPLAINT FOR

1) REVOCATION OF ORDER CONFIRMING CHAPTER 11 PLAN PURSUANT TO 11 U.S.C. § 1144;

JURY TRIAL DEMANDED

...STMENT GROUP
...nited Liability
...WAN ANDREW
...SHAWN FOSTER
...OSTER a.k.a.
...an individual; SONJA
...JA KIRK a.k.a. SONIA
PEREZ, an individual; DAVID M. GOODRICH, an individual; DOES 1 – 100

Defendants

1