**Nickie Bolte**

---

| | |
|---|---|
| **From:** | Geoff Trapp <GrandmaHasAlzheimers@protonmail.com> |
| **Sent:** | Monday, August 12, 2024 11:31 PM |
| **To:** | Nickie Bolte |
| **Subject:** | ON VACATION till 8/19 re 8:2bk-12142 2nd Chance Investment Group |

<mark>**CAUTION - EXTERNAL:**</mark>

Hello again Ms Bolte,

FYI I will be on vacation and mostly out of cell range until I land back at LAX at 11:45 pm Monday Aug 19 … so if the Court or one of the other parties should need or wish to contact me, or have me read or respond to a filing, I'll be unable to start the process of doing to until then.

I've a spent almost every day for the last 10 months researching public records, tracking down and interviewing victims, and putting together how the Fosters' fraud schemes apparently work … all while caring for one of their 83 year old victims. My partner and I need a getaway break. I was supposed to leave on 8/10, but sudden Covid symptoms (literally 10 minutes after missing the 8/9 close of the Woodland Hills courthouse) forced a readjustment. Currently driving out of cell range. Thanks again for your advice last Friday.

Sincerely,

Geoff Trapp

On Sunday, August 11th, 2024 at 12:57 AM, Geoff Trapp <GrandmaHasAlzheimers@protonmail.com> wrote:

> Dear Ms. Bolte:
>
> Thank you for speaking with me on Friday. I drove as fast as I could from Palmdale to the Woodland Hills branch, but unfortunately, the requirement to stop along the way to get a Postal Money order resulted in me arriving at 4:05 PM.
>
> Attached, please find copies of the Cover Sheet & AP Complaint I then mailed from the local post office, along with a check. I have uploaded these same documents to the EDB tonight. I know the EDB will likely be rejected, but when the mailed copy is delivered on Monday 8/12, **I would ask that Judge Clarkson please permit this AP to be filed nunc pro tunc as of 8/10/24.** The 180-day deadline under 11 U.S.C. § 1144 is statutory, and Judge Clarkson can't waive it; it runs out at 11:59 PM tonight (Saturday 8/10/24). What Judge Clarkson can wave, however, is the unfair and prejudicial impact of this court's local rule that impoverished individuals (pro se's) are not allowed to petition this court for redress of grievances on the same level playing field as those who can afford lawyers. I have clearly attempted to submit Ms. Downing's AP within the statutory deadline, but Ms. Downing is not being allowed to exploit the full time period within that statutory period, because this court has decided that non-lawyers cannot use CM/ECF. In the District Court within your same courthouse, pro se's can use CM/ECF, so the bankruptcy court's rule seems arbitrary. That simply isn't right, especially when the consequence is that an 83-year-old Alzheimer's patient will die an earlier death, because she won't be able to contest the theft of the home her caregivers need to use to pay for her end of life care.
>
> I am also attaching a write up that gives an overview of fraud schemes Ray and Sonja Foster have been running since 2005, and for the first time, tells a summary of the stories of nine of the fourteen home theft victims in the bk case. Ray and Sonja have been pulling the wool over Judge Clarkson's eyes for nearly two years now, with the help of sworn officers of the Court who know perfectly well

that all fourteen of the houses that were sold in this case were stolen. Although this writeup is clearly ex parte communication, I think its appropriate for Judge Clarkson to review this *in camera*, as these two are a criminal flight risk. **Judge Clarkson really needs to refer this matter to the FBI for investigation, and it would be best if Ray and Sonja don't know the jig is up.** They've already fled the jurisdiction of California for the State of Virginia. They've got who knows how many millions stuffed in a Cook Islands bank account, and they could simply flee the country if given a heads up that law enforcement might be knocking on their door soon.

Thank you,

Geoff Trapp
Conservator of Estate for Clotee Downing

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.