Rich Sturdevant SBN 269088
**Financial Relief Law Center, APC**
1200 Main St. Ste C
Irvine, CA 92614
Telephone: (714) 442-3335
Facsimile: (714) 361-5376
rich@bwlawcenter.com

Attorneys for Defendant

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>2nd Chance Investment Group,<br><br>Debtors. | Adversary Case# 8:24-ap-01105-SC<br><br>Bankruptcy Case# 8:22-bk-12142-SC<br><br>Chapter 11 |
| CLOTEE DOWNING, a legally incompetent individual,<br><br>Plaintiff,<br><br>v.<br><br>2nd CHANCE INVESTMENT GROUP LLC, a California Limited Liability Partnership; RAYSHWAN ANDREW FOSTER a.k.a. RAYSHAWN FOSTER a.k.a. RAYSHON FOSTER a.k.a. RAYSHON BOYD, an individual; SONJA FOSTER a.k.a. SONJA KIRK a.k.a. SONIA PEREZ, AN INDIVIDUAL; DAVID M. GOODRICH, an individual; DOES 1-100;<br><br>Defendants. | **NOTICE OF HEARING**<br><br>**Hearing:**<br>Judge: Hon. Scott Clarkson<br>Date:  October 2, 2024<br>Time:  10:00 a.m.<br>Place: 411 West Fourth Street<br>          Santa Ana, CA 92701<br>Ctrm:  5C |

NOTICE IS HEREBY GIVEN that a hearing is set for October 2, 2024, at 10:00 a.m. in the

United States Bankruptcy Court, Santa Ana Division, 411 West Fourth Street, Crtrm 5C, Santa

Ana, CA, 92701 for Defendant's "Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP

NOTICE OF HEARING - 1

12(b)(6)" ("Motion"). The motion to dismiss, brought pursuant to Federal Rules of Civil Procedure 12(b)(6), is based on the grounds that Plaintiff fails to state a claim upon which relief may be granted.

NOTICE IS FURTHER GIVEN that Pursuant to Local Bankruptcy Rule 9013-1, any opposition to this Motion must be filed no less than 14 days before the hearing. Any reply to the opposition to this Motion must be filed no less than 7 days before this hearing.

Dates: September 11, 2024

Respectfully Submitted,

/s/ Richard Sturdevant
Richard Sturdevant, Esq.
Financial Relief Law Center, APC
Attorneys for Defendants

NOTICE OF HEARING - 2