

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>2nd Chance Investment Group, LLC,<br><br>Debtor(s). | CHAPTER 11<br><br>Case No.: 8:22-bk-12142-SC<br>Adv No:  8:24-ap-01105-SC<br><br>**ORDER CONTINUING HEARINGS ON (1) MOTIONS TO DISMISS [DKS. 9 & 10]; AND (2) STATUS CONFERENCE** |
| Clotee Downing,<br><br>Plaintiff(s),<br>  v.<br>2nd Chance Investment Group LLC, et al.,<br><br>Defendant(s). | <u>New Date/Time for Motions to Dismiss:</u><br>Date:       November 13, 2024<br>Time:       11:00 AM<br>Courtroom: 5C |

    The Court, having considered "Plaintiff Clotee Downing's Ex Parte Application for Continuance of Hearing, or in the Alternative, Preliminary Opposition to Motions to Dismiss of David M Goodrich (Dkt 9) and 2nd Chance Investment Group LLC (Dkt 10), and Request for in Person Hearing and to Offer Oral Testimony" [Dk. 14] ("Motion"),

-1-

finds good cause to grant the Motion and order as follows:

1. The hearings on (1) the Motion to Dismiss filed by 2nd Chance Investment Group LLC on September 11, 2024 [Dk. 10] and (2) the Motion to Dismiss filed by Former Chief Restructuring Officer and Liquidating Trustee for Debtor on September 11, 2024 [Dk. 9], both of which were set for October 2, 2024, at 10:00 a.m. are hereby CONTINUED to November 13, 2024, at 11:00 a.m.
2. Plaintiff may file a further opposition, if any, to either Motion to Dismiss by no later than October 30, 2024. Plaintiff is cautioned that no further extension will be granted. Plaintiff should carefully consider and respond to each Motion to Dismiss fully and completely.
3. Any reply by 2nd Chance Investment Group LLC or Former Chief Restructuring Officer and Liquidating Trustee for Debtor is due no later than November 6, 2024.
4. The status conference set for November 6, 2024, at 11:00 a.m., is hereby CONTINUED to January 15, 2025, at 11:00 a.m. with a joint status report due 14 days in advance.

**IT IS SO ORDERED**.

Date: September 25, 2024

Scott C. Clarkson
United States Bankruptcy Judge