United States Bankruptcy Court

Central District of California

Clotee Downing,
    Plaintiff

Adv. Proc. No. 24-01105-SC

2nd Chance Investment Group LLC,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 25, 2024 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Geoff Trapp, Temporary Conservator of the Estate, 2551 East Avenue S, Suite G-166, Palmdale, CA 93550-6403 |
| crcm | + Official Committee of Unsecured Creditors, Goe Forsythe & Hodges LLP, 17701 Cowan, Lobby D, Suite 210, Irvine, CA 92614-6840 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | 2nd Chance Investment Group LLC |
| pla | | Clotee Downing |
| dft | | David M Goodrich |
| dft | | Rayshawn Andrew Foster |
| dft | | Sonja Foster |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andy C Warshaw | on behalf of Defendant 2nd Chance Investment Group LLC awarshaw@bwlawcenter.com warshaw.andyb110606@notify.bestcase.com |
| Charity J Manee | |

District/off: 0973-8　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Sep 25, 2024　　　　　　　　　　　　Form ID: pdf031　　　　　　　　　　　Total Noticed: 2

      on behalf of Creditor Committee Official Committee of Unsecured Creditors cmanee@goeforlaw.com kmurphy@goeforlaw.com

David M Goodrich
      on behalf of Defendant David M Goodrich dgoodrich@go2.law
      kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

Richard L. Sturdevant
      on behalf of Defendant 2nd Chance Investment Group LLC rich@bwlawcenter.com

Robert P Goe
      on behalf of Creditor Committee Official Committee of Unsecured Creditors kmurphy@goeforlaw.com
      rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

United States Trustee (SA)
      ustpregion16.sa.ecf@usdoj.gov

TOTAL: 6

**FILED & ENTERED**

**SEP 25 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>2nd Chance Investment Group, LLC,<br><br><br>                                                Debtor(s). | CHAPTER 11<br><br>Case No.:  8:22-bk-12142-SC<br>Adv No:   8:24-ap-01105-SC<br><br>**ORDER CONTINUING HEARINGS ON (1) MOTIONS TO DISMISS [DKS. 9 & 10]; AND (2) STATUS CONFERENCE** |
| Clotee Downing,<br><br>                                           Plaintiff(s),<br>     v.<br><br>2nd Chance Investment Group LLC, et al.,<br><br>                                        Defendant(s). | New Date/Time for Motions to Dismiss:<br>Date:         November 13, 2024<br>Time:         11:00 AM<br>Courtroom:  5C |

The Court, having considered "Plaintiff Clotee Downing's Ex Parte Application for Continuance of Hearing, or in the Alternative, Preliminary Opposition to Motions to Dismiss of David M Goodrich (Dkt 9) and 2nd Chance Investment Group LLC (Dkt 10), and Request for in Person Hearing and to Offer Oral Testimony" [Dk. 14] ("Motion"),

-1-

finds good cause to grant the Motion and order as follows:

1. The hearings on (1) the Motion to Dismiss filed by 2nd Chance Investment Group LLC on September 11, 2024 [Dk. 10] and (2) the Motion to Dismiss filed by Former Chief Restructuring Officer and Liquidating Trustee for Debtor on September 11, 2024 [Dk. 9], both of which were set for October 2, 2024, at 10:00 a.m. are hereby CONTINUED to November 13, 2024, at 11:00 a.m.

2. Plaintiff may file a further opposition, if any, to either Motion to Dismiss by no later than October 30, 2024. Plaintiff is cautioned that no further extension will be granted. Plaintiff should carefully consider and respond to each Motion to Dismiss fully and completely.

3. Any reply by 2nd Chance Investment Group LLC or Former Chief Restructuring Officer and Liquidating Trustee for Debtor is due no later than November 6, 2024.

4. The status conference set for November 6, 2024, at 11:00 a.m., is hereby CONTINUED to January 15, 2025, at 11:00 a.m. with a joint status report due 14 days in advance.

**IT IS SO ORDERED**.

Date: September 25, 2024

Scott C. Clarkson
United States Bankruptcy Judge