**FILED**
**DEC - 4 2024**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>2nd CHANCE INVESTMENT GROUP, LLC,<br><br><br><br><br>Debtor(s) | CASE NO.: 8:22-bk-12142-SC<br>ADVERSARY NO.: 8:24-ap-01105-SC<br>NOTICE OF APPEAL FILED: 11/26/2024<br>NOTICE OF CROSS APPEAL FILED :<br>BANKRUPTCY CASE FILED : 12/21/2022<br>APPEAL DOCKET ENTRY NO.: 31 |
| Clotee Downing, a legally incompetent individual,<br><br><br><br>Plaintiff(s)<br>vs.<br>2nd Chance Investment Group LLC, a California Limited Liability Partnership, Rayshawn Foster, a.k.a. Rayshawn Foster, a.k.a. Rayshon Boyd, an individual; Sonia Perez, an individual; David M. Goodrich, an individual et al.;<br><br>Defendant(s) | **NOTICE OF REFERRAL OF APPEAL** |

To all parties in interest, and the:

☒ Bankruptcy Appellate Panel of the Ninth Circuit
☐ United States District Court, Central District of California

You are hereby notified that the following document(s) have been filed at the Bankruptcy Court.

☐ Motion for Leave to Appeal
☐ Answer in opposition to Motion for Leave to Appeal
☐ Notice of Appeal and Statement of Election
☐ Notice of Cross-Appeal
☐ Appellant's Statement of Election to Transfer Appeal to the District Court
☒ Other (*specify*):
   Notice of Errata In, And Amendment To, Notice Of Appeal and Statement Of Election

By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

I certify that a true copy of the Notice of Appeal and Statement of Election, Notice of Referral of Appeal, Transcript Order Form, and Notice of Transcript were served on each of the parties listed in the Appeal, together with a copy of the Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit, as applicable.

Kathleen J. Campbell
Clerk of Court

Date: 12/04/2024     By: /s/ Nickie Bolte *Nickie Bolte*
                          Deputy Clerk

# NOTICE OF APPEAL SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

   ☒ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
   ☐ United States District Court at bkappeal_cacd@cacd.uscourts.gov

   Office of the United States Trustee

   ☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
   ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
   ☒ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
   ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
   ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

   Other parties served by NEF:

   Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;
   Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
   David M Goodrich    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
   Charity J Manee    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
   Richard L. Sturdevant    rich@bwlawcenter.com
   United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
   Andy C Warshaw    awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

   Geoff Trapp
   Temporary Conservator of the Estate
   2551 East Avenue S, Suite G-166
   Palmdale, CA  93550

   Sonja Foster, a.k.a. Sonja Kirk, a.k.a. Sonia Perez
   c/o Michael Jay Berger
   9454 Wilshire Blvd., 6th Floor
   Beverly Hills, CA  90212

   Rayshwan Andrew Foster, a.k.a. Rayshawn Foster
   a.k.a. Rayshon Foster, a.k.a. Rayshon Boyd
   4349 South Victoria
   Los Angeles, CA  90008-4903

   Clotee Downing
   2551 East Avenue S., Suite G-166
   Palmdale, CA  93550