**FILED & ENTERED**

**DEC 16 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle            **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>2nd Chance Investment Group, LLC,<br><br>Debtor(s).<br>Clotee Downing,<br>                                    Plaintiff(s),<br>    v.<br><br>2nd Chance Investment Group LLC, Rayshawn Andrew Foster, Sonja Foster, David M Goodrich,<br><br>                                    Defendant(s). | CHAPTER 11<br><br>Case No.:  8:22-bk-12142-SC<br>Adv No:   8:24-ap-01105-SC<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME TO FILE A STATEMENT OF ISSUES** |

The Court has considered the Motion to Enlarge Time to File a Statement of Issues, and Notice of Errata filed on December 11, 2024 [*See*, Dks. 36 and 37] ("Motion to Enlarge"), the docket as a whole, and finds good cause to GRANT the Motion to Enlarge. In so granting, the Court has considered Movant's pro se status, alleged incompetency, and the severity of the harm should the Motion to Enlarge be denied.

-1-

Accordingly, Movant has an additional seven days from entry of this order to file the designation of record and statement of issues.

**IT IS SO ORDERED.**

Date: December 16, 2024

Scott C. Clarkson
United States Bankruptcy Judge